# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 05, 2026

Mr. Jimmie L. Pinkham III
Baird Holm, L.L.P.
1700 Farnam Street
Suite 1500
Omaha, NE 68102

Mr. Donald Edward Uloth
Law Office of Donald E. Uloth
18208 Preston Road
Suite D-9 #261
Dallas, TX 75252

   No. 26-40061   Bien v. Union Pacific
             USDC No. 4:25-CV-74

Dear Counsel,

You must submit the **6 paper copies of your brief** required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the **4 paper copies of your record excerpts** required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Appellant's Record excerpts must be white and contain physical tabs that extend beyond the edge of the document. Appellant's reply brief must be gray.

Please be sure that you print your paper copies **from the sufficient brief/record excerpts event** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. **Please be sure that paper copies submitted have the CM/ECF filing header at the top of the page.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Olivia G. Andry, Deputy Clerk

cc:
    Mr. John Hunter Johnson