## ORAL ARGUMENT ACKNOWLEDGMENT FORM
**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, Jimmie L. Pinkham III
_____
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

No. 26-40061          James Bien                              v. Union Pacific R.R. Co.
_____    _____        _____
(Case Number)                                              (Short Title)

is scheduled for oral argument at    9:00 am    on    September 2, 2026    located in the
                                  _____       _____
                                     (Time)                (Date)

NEW ORLEANS - U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA, 70130
_____
(Location)

/s/  Jimmie L. Pinkham III                                          July 20, 2026
_____                      _____
(Signature)                                                         (Date)

---

### List all parties being represented for argument and select the party type

Union Pacific Railroad Company
_____

_____

_____

☐              ☒              ☐              ☐              ☐              ☐
Appellant      Appellee      Cross Appellant      Cross Appellee      Amicus      Intervenor

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

|  | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | Jimmie L. Pinkham III | 20 | |
| #2 | | | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION # _____

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

[PRINT TO PDF]              [RESET FORM]