UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

# BILL OF COSTS

**NOTE: The Bill of Costs is due in this office *within 14 days from the date of the opinion, See* FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.**

James Bien v. Union Pacific Railroad Company No. 26-40061

The Clerk is requested to tax the following costs against: Union Pacific Railroad Company

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee | | | | $ 605.00 | | | | |
| Appendix or Record Excerpts | 4 | 75 | $ 0.15 | $ 45.00 | | | | |
| Appellant's Brief | 6 | 33 | $ 0.15 | $ 29.70 | | | | |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | 6 | 21 | $ 0.15 | $ 18.90 | | | | |
| Other: Binding at $5.25 each | 16 | 1 | $ 5.25 | $ 84.00 | | | | |
| | | | Total $ | $ 782.60 | Costs are taxed in the amount of $ | | | |

Costs are hereby taxed in the amount of $ ______________________ this ________________________________ day of __________________________, __________.

Thomas B. Plunkett, III, CLERK

State of
County of Texas, Dallas County

By ____________________________________________
Deputy Clerk

I Donald E. Uloth, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 29th day of October, 2026.

/s/ Donald E. Uloth
(Signature)

*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS

Attorney for Appellant, James Bien